[No. 14216-7-III.    Division Three.    September 21, 1995.]

KEITH A. BROWN, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-2-00326-0, Donald W. Schacht, J.,
entered November 10, 1993. *Reversed* by unpublished
opinion per Schultheis, J., concurred in by Thompson,
C.J., and Munson, J.


[No. 33467-1-I.    Division One.    September 25, 1995.]

WILLIAM VON KLEINSMID, *Respondent*, v. RICHARD L.
PROUT, ET AL., *Defendants*, EDWARD NASH, *as
Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 93-2-05039-0, Alan R. Hancock, J.,
entered September 20, 1993. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Coleman and Web-
ster, JJ.


[No. 34562-1-I.    Division One.    September 25, 1995.]

*In the Matter of the Limited Guardianship of* FRANK
EDWARD BAKER, ET AL., *Appellants.*

RAMONA BAKER, ET AL., *Appellants*, v. THE MYERS
ASSOCIATES, P.C., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-4-01310-3, Liem E. Tuai, J., entered May 4,
1994. *Reversed* by unpublished opinion per Grosse, J.,
concurred in by Agid and Becker, JJ.